UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY POLICICCHIO, and E.B. by his guardian Candace Bassi, individually and *on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNT KISCO SURGERY CENTER LLC d/b/a THE AMBULATORY SURGERY CENTER OF WESTCHESTER,<br><br>Defendant. | Case No.: 7:24-cv-05084 (PMH) |

## ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MOUNT KISCO SURGERY CENTER LLC

On this day, the Court considered Plaintiffs Tracy Policicchio and E.B. by his guardian Candace Bassi's Voluntary Dismissal of their claims against Defendant Mount Kisco Surgery Center LLC d/b/a The Ambulatory Surgery Center of Westchester without prejudice.

**IT IS HEREBY ORDERED** that Plaintiffs' Voluntary Dismissal Without Prejudice of Defendant Mount Kisco Surgery Center LLC d/b/a The Ambulatory Surgery Center of Westchester is GRANTED.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, NY
August 29, 2024